# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 4:15-CR-102 |
| MICHAEL K. WASHINGTON | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the date of May 1, 2020. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this __5th__ day of __March__, 2020.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division